HEATHER E. WILLIAMS, #122664
Federal Defender
VICTOR M. CHAVEZ, Bar #113752
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: 559-487-5561/Fax: 559-487-5950

Attorneys for Defendant
TOMAS GARCIA, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>*Plaintiff*,<br><br>vs.<br><br>TOMAS GARCIA, Jr.,<br><br>*Defendant*. | Case No. 1:16-cr-00039-DAD<br><br>**STIPULATION AND ORDER TO MODIFY DATE OF RELEASE TO FEBRUARY 12, 2018**<br><br>JUDGE:  Dale A. Drozd |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the Order releasing Tomas Garcia, Jr., from Lerdo Facility on February 9, 2018 to the custody of Alan Ryzner from the Teen Challenge Program may be amended to order that Mr. Garcia be released from custody on February 12, 2018, 10:00 a.m., to Alan Ryzner for transportation to the Teen Challenge Program in Shafter, California.

        Respectfully submitted,

        MCGREGOR W. SCOTT
        United States Attorney


DATED: February 12, 2018        */s/ Jeffrey Spivak*
        JEFFREY SPIVAK
        Assistant United States Attorney
        Attorney for Plaintiff

|  |  |
|---|---|
| | HEATHER E. WILLIAMS<br>Federal Defender |
| DATED: February 12, 2018 | */s/ Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>TOMAS GARCIA, JR. |

## **O R D E R**

Tomas Garcia Jr. shall be released from the Lerdo Facility to the custody of Alan Ryzner from the Teen Challenge Program and transported to the Teen Challenge Program in Shafter, California on February 12, 2018, 10:00 a.m..

IT IS SO ORDERED.

Dated: **February 12, 2018**  _____
UNITED STATES DISTRICT JUDGE